DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

CYNOSURE, LLC, and LOTUS PARENT, INC.,

Appellants/Cross-Appellees,

v.

KRISTOPHER HUSTON and BTL INDUSTRIES, INC.,

Appellees/Cross-Appellants.

No. 2D21-50

———————————————

September 24, 2021

Appeal from the Circuit Court for Hillsborough County; Steven Scott Stephens, Judge.

Courtney B. Wilson of Littler Mendelson, P.C., Miami, for Appellants.

Barbara Viota-Sawisch, Beverly A. Pohl, and Scott D. Knapp of Nelson Mullins Broad and Cassel, Fort Lauderdale; and Bret A. Cohen and Jillian Hart of Nelson Mullins Riley & Scarborough, Boston, Massachusetts, for Appellees.


PER CURIAM.

    Affirmed.


MORRIS, C.J., and KELLY and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.